IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CHARLES RUDOLPH, M.D., | ) | CV 07-00225 SOM-BMK |
|---|---|---|
| Plaintiff, | ) ) | ORDER ADOPTING REPORTS OF SPECIAL MASTER |
| vs. | ) ) | |
| TOPSIDER BUILDING SYSTEMS, INC., a North Carolina Corporation; et al. | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING REPORTS OF SPECIAL MASTER

Two Reports of Special Master having been filed and served on all parties on December 21, 2007 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Reports of Special Master are adopted as the opinion and order of this court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; January 17, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

cc: all parties of record